■ TOWN OF PARIS, Appellant, v MARK PIRGER et al., Respondents. [21 NYS3d 667]—Appeal from an order and judgment (one paper) of the Supreme Court, Oneida County (Bernadette T. Clark, J.), entered September 24, 2014. The order and judgment, among other things, denied plaintiff's request for a permanent injunction.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.